PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Randy Earl Robinson                Docket No. 5:13-CR-88-1 H

Petition for Action on Conditions of Pretrial Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Randy Earl Robinson, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 6th day of April, 2016.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is employed by C&C Construction, based in Carrboro, North Carolina. Contact with the owner of the company revealed that the work crew stays out of town at job locations for 4 to 6 days per week, about 5 weeks at a time. The company owner considers the defendant a valuable employee. The work schedule and changing location render a curfew with location monitoring unworkable. Both Assistant U.S. Attorney Katherine Burnette and Assistant Federal Public Defender Marshall Ellis agree to the following proposed changes to the Conditions of Release.

**PRAYING THAT THE COURT WILL ORDER** that the Conditions of Release be modified to strike the curfew and location monitoring conditions, and add the requirement that the defendant call the Probation Officer each Monday before noon to advise of the location of his worksite and lodging.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Thomas E. Sheppard<br>Thomas E. Sheppard<br>U.S. Probation Officer<br>310 Dick Street,<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2541<br>Executed On: April 11, 2016 |

ORDER OF THE COURT

Considered and ordered the 11 day of April, 2016, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge